IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01738-MSK-MJW

ELIZAETH WOJDACZ,

Plaintiff(s),

v.

ROBERT E. BLACKBURN,
MICHAEL E. HEGARTY,
ERIC LAMPHERE,
KIM DELINE,
MICHAEL WATTS,
RUTHERFORD, MULLEN & MOORE,
LINDSEY TOPPER,
COLORADO SPRINGS CITY POLICE DEPARTMENT,
SGT. JOEL KERN,
W. LAMBERT,
LT. SCOTT WHITTINGTON,
MEDINA GENERAL HOSPITAL,
AKRON CHILDREN'S HOSPITAL MEDICAL CENTER OF AKRON,
ASHLAND COUNTY DEPARTMENT OF HUMAN SERVICES, and
CITY OF COLORADO SPRINGS, COLORADO,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

Upon review of the court file, it appears the Motion to Dismiss of Defendant Ashland County Department of Human Services for Lack of Subject Matter Jurisdiction, Personal Jurisdiction, and Improper Venue was filed as a one-page document [Docket No. **52**] on October 4, 2013 at 9:54 a.m. Mountain Time. Then on October 4, 2013, at 10:15 a.m. Mountain Time, the Motion to Dismiss of Defendant Ashland County Department of Human Services for Lack of Subject Matter Jurisdiction, Personal Jurisdiction, and Improper Venue [Docket No. **54**] was filed as a 14-page document. It is hereby

ORDERED that Motion to Dismiss of Defendant Ashland County Department of Human Services for Lack of Subject Matter Jurisdiction, Personal Jurisdiction, and Improper Venue [Docket No. **52**] is denied without prejudice, and the remaining Motion to Dismiss of Defendant Ashland County Department of Human Services for

2

Lack of Subject Matter Jurisdiction, Personal Jurisdiction, and Improper Venue [Docket No. **54**] is deemed to be the only pending motion for dismissal by Ashland County Department of Human Services at this time.   It is further

ORDERED that Plaintiff shall file her Response to Motion to Dismiss of Defendant Ashland County Department of Human Services for Lack of Subject Matter Jurisdiction, Personal Jurisdiction, and Improper Venue [Docket No. **54**] on or before November 29, 2013.  Defendant shall file its Reply on or before December 13, 2013.

Date: October 21, 2013