IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01738-MSK-MJW

ELIZAETH WOJDACZ,

Plaintiff(s),

v.

ROBERT E. BLACKBURN,
MICHAEL E. HEGARTY,
ERIC LAMPHERE,
KIM DELINE,
MICHAEL WATTS,
RUTHERFORD, MULLEN & MOORE,
LINDSEY TOPPER,
COLORADO SPRINGS CITY POLICE DEPARTMENT,
SGT. JOEL KERN,
W. LAMBERT,
LT. SCOTT WHITTINGTON,
MEDINA GENERAL HOSPITAL,
AKRON CHILDREN'S HOSPITAL MEDICAL CENTER OF AKRON,
ASHLAND COUNTY DEPARTMENT OF HUMAN SERVICES, and
CITY OF COLORADO SPRINGS, COLORADO,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      Upon review of the court file, it appears the Motion of Defendant Ashland County Department of Human Services to Stay Discovery [Docket No. **53**] was filed as a 1-page document with a proposed order attached on October 4, 2013, at 9:56 a.m. Mountain Time.  Then on October 4, 2013, at 10:18 a.m. Mountain Time, the Motion of Defendant Ashland County Department of Human Services to Stay Discovery [Docket No. **55**] was filed as a 3-page document with a proposed order attached.  It is hereby

      ORDERED that the  Motion of Defendant Ashland County Department of Human Services to Stay Discovery [Docket No. **53**] is denied without prejudice, and the remaining Motion of Defendant Ashland County Department of Human Services to Stay Discovery [Docket No. **55**] is the only pending motion to stay by Defendant Ashland County Department of Human Services to Stay Discovery.

Date: October 21, 2013